```
UNITED STATES DISTRICT COURT                        USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                       DOCUMENT
------------------------------------------------------------X  ELECTRONICALLY FILED
DANIEL BOWEN,                                    :  DOC #:_____
                                                 :  DATE FILED: 1/15/2020
                                   Plaintiff,    :
                                                 :     19 Civ. 10770 (LGS)
              -against-                          :
                                                 :            ORDER
                                                 :
224 REALTIES, LLC and RITECARE, INC.,            :
                                                 :
                                   Defendants.   :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, per the Affidavit of Service for Defendant Ritecare, Inc. ("Ritecare") (Dkt. No. 8), Ritecare was required to appear and respond to the Complaint by December 30, 2019. Ritecare has not timely appeared or responded to the Complaint. It is hereby

**ORDERED** that Ritecare shall appear as soon as possible and respond to the Complaint by **January 31, 2020**. If Ritecare fails to meet this deadline, Plaintiff's proposed default judgment papers, which must comply with the Individual Rules, Attachment A, are due by **February 5, 2020**. It is further

**ORDERED** that the initial pretrial conference scheduled for January 21, 2020, is adjourned until **February 11, 2020 at 10:40 a.m.** The parties are reminded that all other aspects of the December 6, 2019, scheduling order (Dkt. No. 7) still apply.

The Clerk of Court is respectfully directed to close the open motion at Dkt. No. 11.

Dated: January 15, 2020
      New York, New York

                                      LORNA G. SCHOFIELD
                                   UNITED STATES DISTRICT JUDGE