```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DANIEL BOWEN,                                               :
                                                            :
                                    Plaintiff,              :
                                                            :
                  -against-                                 :
                                                            :
                                                            :
224 REALTIES, LLC and RITECARE, INC.,                       :
                                                            :
                                    Defendants.             :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2020

19 Civ. 10770 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS the initial pretrial conference in this matter is scheduled for February 11, 2020;

WHEREAS no significant issues were raised in the parties' joint letter or proposed case management plan (Dkt. No. 15). It is hereby

**ORDERED** that the February 11, 2020, initial pretrial conference is **cancelled**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

**ORDERED** that the parties are referred for a settlement conference with the assigned Magistrate Judge. The referral order will issue separately. The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances. It is further

**ORDERED** that, as the parties' joint letter notes (Dkt. No. 15), Defendant Ritecare has not made an appearance. Defendant 224 Realties, LCC shall file a letter by **February 20, 2020**, with an update on the status of Ritecare's defense in this case, if Ritecare has not appeared and responded to

the Complaint by that date.

Dated: February 6, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**