UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL BOWEN,

          Plaintiff,

against

224 REALTIES, LLC, et al.,

          Defendants.

CIVIL ACTION NO.: 19 Civ. 10770 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This matter has been referred to the undersign for settlement. Accordingly, the parties are directed to jointly call Chambers on **Friday, February 14, 2020 at 11:30 am** to discuss the timing for a potential settlement conference. The parties shall call (212) 805-0214 at the scheduled time.

Dated:     New York, New York
            February 7, 2020

SO ORDERED

_/ s / Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**