# LAW OFFICES OF NOLAN KLEIN, P.A.

**5550 GLADES ROAD, SUITE 500**
**BOCA RATON, FL 33431**
**PH: (954) 745-0588**

The telephone conference scheduled for March 25, 2020 at 11:00 am, and the Settlement Conference scheduled for April 7, 2020 at 2:00 pm are both ADJOURNED sine die. By **May 1, 2020**, the parties shall file a joint letter on the docket, indicating whether they would like to move forward with a settlement conference. If they do, they shall include three dates in their letter on which all relevant persons are available for the conference.

The Clerk of Court is respectfully directed to terminate the conferences and to close the Letter-Motion at ECF No. 26.

SO ORDERED          3/24/2020

Ma

**VIA ECF**

Honorable Magistrate Judge Sarah L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, NY 10007

_SARAH L. CAVE_
_United States Magistrate Judge_

  **Re:**   **_Bowen v. 224 Realties, LLC, et al._**
     **_SDNY Case No.: 19-cv-10770_**

Dear Magistrate Judge Cave,

   I am writing on behalf of Hector V. Ramirez, Esq., who works for this law firm and is counsel of record for the Plaintiff, Daniel Bowen, in the above-captioned case. Mr. Ramirez has a family medical emergency and has had to fly out of the country for an indefinite period of time. I therefore write with the consent of opposing counsel to respectfully request a temporary adjournment of all conferences and deadlines in this matter, to provide time for the present situation to abate. This is the first request for an adjournment of this conference, and the request will not prejudice any parties or affect any other scheduled dates. Counsel for Defendants has no objection to the relief requested herein.

   We thank the Court for your time and consideration in this matter.

         Respectfully Submitted,

         **Law Offices of Nolan Klein, P.A.**


        By:   _/s/ Nolan Klein_
          NOLAN KLEIN, ESQ.
          (NK4223)


NKK/amd
cc: Douglas E. Motzenbecker, Esq., and Jolene Sproviero, Esq. (via ECF)